IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RAHSAAN DIANTE PEARSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:17-cr-361-1 |
| | ) | 1:20-cv-610 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On August 4, 2023, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 124, 125.) No objections were filed within the time limits prescribed by Section 636.

The court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 124), is **ADOPTED. IT IS FURTHER ORDERED** that Respondent's Motion to Dismiss and Response to Motion Under 28 U.S.C. § 2255, (Doc. 95), is **GRANTED,** and that Petitioner's Section 2255 Motion, (Doc. 87), is **DENIED.** The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable

procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 25th day of August, 2023.

                     /s/ William L. Osteen, Jr.
                     United States District Judge

-2-

Case 1:17-cr-00361-WO   Document 127   Filed 08/25/23   Page 2 of 2